UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUARAV MALHOTRA,<br><br>                            Plaintiff,<br><br>    -against-<br><br>TAO GROUP HOSPITALITY, LLC et al.,<br><br>                            Defendants. | 25-CV-5763 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Plaintiff's complaint alleges violations of Title II of the Civil Rights Act of 1964 arising from being denied access to defendant Tao Group's venues. But the complaint doesn't allege facts showing how defendants allegedly discriminated against him based on one of the protected classes under Title II. Plaintiff is directed to file **by October 7, 2025** an amended complaint that alleges facts showing discrimination "on the ground of race, color, religion, or national origin." 42 U.S.C. § 2000(a).

      SO ORDERED.

Dated: September 23, 2025
       New York, New York

                                                                   ARUN SUBRAMANIAN
                                                                   United States District Judge