UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUARAV MALHOTRA,

Plaintiff,

-against-

TAO GROUP HOSPITALITY, LLC; JOHN DOES 1–10,

Defendants.

25-CV-5763 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On August 6, 2026, the Court dismissed Malhotra's complaint without prejudice, setting a September 15, 2026 deadline for him to file any amended complaint. Because Malhotra did not file an amended complaint by that deadline, this action is DISMISSED. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: October 5, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge